MICHAEL D. STEIN
ATTORNEY AT LAW
2727 Broadway
San Diego CA 92102
CSBN: 043726
Tel. 619/232-2285
Fax. 619/232-2286



# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# (SAN DIEGO)

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 08-MJ-8377-PCL-1 |
| Plaintiff, | 08CR1756-BEN |
| Vs. | SUBSTITUTION OF ATTORNEY And ORDER THEREON |
| EDWARD MIRELES | |
| Defendant | |

The defendant, **EDWARD MIRELES**, hereby substitutes **MICHAEL D. STEIN** as his attorney of record in the case on file herein. Current counsel **GREGORY MURPHY** is hereby relieved of any and all responsibility of representation for the above-mentioned defendant, including trial and appeal.

I consent to the substitution.

Dated: MAY 29, 2008

_____
Edward Mireles
Defendant

1 | Case No. 08-MJ-08377-PCL-1
2 | EDWARD MIRELES
3 |
4 | I Consent to the substitution
5 | Date: MAY 29 ,2008
6 |
7 |                                    MICHAEL D. STEIN
8 |
9 | I consent to the Substitution
10 |
11 |
12 | Date: MAY      ,2008
13 |                                    GREGORY MURPHY
14 |
15 |
16 |
17 |
18 | SO ORDERED:
19 |
20 |
21 | Date: MAY 29 ,2008              United States Magistrate Judge
22 |                                    Honorable Judge Peter C. Lewis