AO 455(Rev. 5/85) Waiver of Indictment

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

MAY 2 9 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                            DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| EDWARD MIRELES | CASE NUMBER: 08CR1756-BEN |

I, EDWARD MIRELES, the above named defendant, who is accused of committing the

following offense:

Importation of Marijuana, in violation of Title 21, United States Code, Sections 952
and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on ____5·29-08____ prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.


_____
Defendant

_____
Counsel for Defendant

Before _____
        Judicial Officer