# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs   EDWARD MIRELES                                      No.  08CR1756-BEN

The Court finds excludable delay, under the section indicated by check ( ✓ ), commenced on  6/12/08  and ended on  9/22/08  ; (  )

_____ and ended on _____ . (  )

3161(h)

- ___ (1)(A)  Exam or hrg for **mental or physical incapacity**                                    A
- ___ (1)(B)  **NARA exam**ination (28:2902)                                                        B
- ___ (1)(D)  State or Federal trials or **other charges pending**                                  C
- ___ (1)(E)  **Interlocutory appeals**                                                             D
- ___ (1)(F)  **Pretrial motions** (from flg to hrg or other prompt dispo)                          E
- ___ (1)(G)  Transfers from other district (per FRCrP 20, 21 & 40)                                 F
- ___ (1)(J)  **Proceedings under advisement** not to exceed thirty days                            G
- ___        Misc proc: Parole or prob rev, deportation, **extradition**                            H
- ___ (1)(H)  **Transportation** from another district or to/from examination or hospitalization in ten days or less    6
- ___ (1)(I)  Consideration by Court of **proposed plea agreement**                                 7
- ___ (2)    **Prosecution deferred** by mutual agreement                                           I
- ___ (3)(A)(B)  **Unavailability of defendant** or **essential witness**                           M
- ___ (4)    Period of **mental or physical incompetence** of defendant to stand trial              N
- ___ (5)    Period of **NARA commitment or treatment**                                             O
- ___ (6)    **Superseding indictment** and/or new charges                                          P
- ___ (7)    **Defendant awaiting trial of co-defendant** when no severance has been granted        R
- ___ (8)(A)(B)  **Continuances** granted per (h)(8) - use "T" alone if more than one of the reasons below are given in support of continuance   T
- ___ (8)(B)(I)  1) Failure to grant a **continuance** in the proceeding would result in a **miscarriage of justice** and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. (Continuance - miscarriage of justice)   T1
- _X_        2) Failure to grant a **continuance** of the trial would result in a miscarriage of justice as the defendant has tendered a guilty plea to a magistrate judge and is awaiting a determination as to whether the plea will be accepted. (Continuance - tendered a guilty plea)
- ___ (8)(B)(ii)  2) **Case unusual or complex**                                                    T2
- ___ (8)(B)(iii) 3) **Indictment** following arrest **cannot be filed** in thirty (30) days        T3
- ___ (8)(B)(iv)  4) **Continuance** granted in order to obtain or substitute counsel, or give reasonable time to prepare (Continuance re counsel)   T4
- ___ 3161(I)  Time up to **withdrawal of guilty plea**                                             U
- ___ 3161(b)  **Grand jury indictment time extended** thirty (30) more days                        W

Date  6/12/08                                                       JMA
                                                           Judge's Initials